IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **YADA SMITH,** § | |
| § | |
| Plaintiff, § | |
| v. § | Civil Action No. **3:17-CV-3243-L** |
| § | |
| **BENEFICIAL FINANCIAL I, INC. and** § | |
| **MORTGAGE ELECTRONIC** § | |
| **REGISTRATION SYSTEMS, INC.,** § | |
| § | |
| Defendants. § | |

# ORDER

On August 10, 2018, United States Magistrate Judge Rebecca Rutherford entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 12), recommending that the court grant, pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants' Motion to Dismiss (Doc. 7), filed December 6, 2017, and dismiss with prejudice Plaintiff's claims as barred by res judicata. Plaintiff did not file a response to the Motion to Dismiss or objections to the Report within the time for filing objections.

After reviewing the motion, pleadings, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **grants** Defendants' Motion to Dismiss (Doc. 7) and **dismisses with prejudice** Plaintiff's claims and this action as barred by res judicata.

**It is so ordered** this 5th day of September, 2018.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

Order – Page 1